David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Tamar Gabriel Ellyin (SBN 266860)
Gabrielt@cmtlaw.com
**CARLSON & MESSER LLP**
5901 W. Century Blvd., Suite 1200
Los Angeles, CA 90045
Tel: (310) 242-2200

Attorneys for Defendant,
HUNTER WARFIELD, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE WIGGINS,<br><br>    Plaintiff,<br><br>vs.<br><br>HUNTER WARFIELD, INC., a Maryland Corporation<br><br>    Defendant. | Case No. 4:18-cv-00219-JCS<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that a settlement in this matter has been reached between all parties. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 60 days from the date of this notice. In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

**ANDERSON CONSUMER LAW**

Dated: November 13, 2018        s/ Mark F. Anderson
                                Mark F. Anderson
                                *Attorney for Plaintiff,*
                                *VALERIE WIGGINS*

| | |
|---|---|
| Dated: November 13, 2018 | **CARLSON & MESSER LLP**<br><br>s/ David J. Kaminski<br>David J. Kaminski<br>Attorneys for Defendant,<br>HUNTER WARFIELD |

**ATTESTATION AND CERTIFICATE OF SERVICE**

I, David J. Kaminski, am the ECF user whose identification and password are being used to file the Notice of Settlement, Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Notice of Settlement provided their authority and concurrence to file that document.

**CARLSON & MESSER LLP**

Dated: November 13, 2018

s/ David J. Kaminski
David J. Kaminski
Attorneys for Defendant,
HUNTER WARFIELD

{00104000;1}

3